IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 16-72-GMS |
| | ) | |
| DANIEL ARTHUR HILL, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 15, 2017 and ending on January 13, 2018. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2018 at Wilmington, DE.

_____
Stefania I. Roca, DCP
FSA Paralegal III/Contractor



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 15, 2017 and January 13, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Daniel Arthur Hill

**Court Case No:**       16-72-GMS
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/15/2017 | 24.0 | Verified |
| 2 | 12/16/2017 | 24.0 | Verified |
| 3 | 12/17/2017 | 24.0 | Verified |
| 4 | 12/18/2017 | 24.0 | Verified |
| 5 | 12/19/2017 | 24.0 | Verified |
| 6 | 12/20/2017 | 24.0 | Verified |
| 7 | 12/21/2017 | 24.0 | Verified |
| 8 | 12/22/2017 | 24.0 | Verified |
| 9 | 12/23/2017 | 24.0 | Verified |
| 10 | 12/24/2017 | 24.0 | Verified |
| 11 | 12/25/2017 | 24.0 | Verified |
| 12 | 12/26/2017 | 24.0 | Verified |
| 13 | 12/27/2017 | 24.0 | Verified |
| 14 | 12/28/2017 | 24.0 | Verified |
| 15 | 12/29/2017 | 24.0 | Verified |
| 16 | 12/30/2017 | 24.0 | Verified |
| 17 | 12/31/2017 | 24.0 | Verified |
| 18 | 01/01/2018 | 24.0 | Verified |
| 19 | 01/02/2018 | 24.0 | Verified |
| 20 | 01/03/2018 | 24.0 | Verified |
| 21 | 01/04/2018 | 24.0 | Verified |
| 22 | 01/05/2018 | 24.0 | Verified |
| 23 | 01/06/2018 | 24.0 | Verified |
| 24 | 01/07/2018 | 24.0 | Verified |
| 25 | 01/08/2018 | 24.0 | Verified |
| 26 | 01/09/2018 | 24.0 | Verified |
| 27 | 01/10/2018 | 24.0 | Verified |
| 28 | 01/11/2018 | 24.0 | Verified |
| 29 | 01/12/2018 | 24.0 | Verified |
| 30 | 01/13/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE
## COURT CASE NUMBER: 16-72-GMS; NOTICE OF FORFEITURE

Notice is hereby given that on December 11, 2017, in the case of <u>U.S. v. Daniel Arthur Hill</u>, Court Case Number 16-72-GMS, the United States District Court for the District of Delaware entered an Order condemning and forfeiting the following property to the United States of America:

Samsung Laptop, NP700Z5A-S0AUS, Ser No: HR8Y91NC200049 (16-ICE-002217) which was seized from Daniel Hill on December 16, 2015 in Dover, DE

Samsung Galaxy S5 Cellular Phone, Model SM-G900T (16-ICE-002218) which was seized from Daniel Hill on December 16, 2015 in Dover, DE

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 15, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 844 North King Street, 4th Floor, Wilmington, DE 19801, and a copy served upon Assistant United States Attorney Lesley F. Wolf, 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.