**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DANIEL ARTHUR HILL,  )<br>)<br>Defendant.  ) | Criminal Action No. 16-72-GMS |

**GOVERNMENT'S MOTION TO SCHEDULE SENTENCING**

**COMES NOW** the United States of America, by and through David C. Weiss, United States Attorney for the District of Delaware, and Graham L. Robinson, Assistant United States Attorney for the District of Delaware, and moves this Honorable Court to schedule sentencing in this matter for July 18, 2018.

On May 16, 2018, the parties took part in a telephonic conference regarding the sentencing of the defendant. During that conference, the Court asked the parties to agree upon and propose a date for sentencing. The government and Akin Adepoju, Esq. (attorney for the defendant) have discussed the matter and agree that July 18, 2018, is an acceptable date for sentencing.

**WHEREFORE**, the government requests that the Court grant its motion and schedule sentencing in this matter for July 18, 2018.

Respectfully,

DAVID C. WEISS
United States Attorney

By:  */s/ Graham L. Robinson*
Graham L. Robinson
Assistant United States Attorney

Dated: May 22, 2018

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 16-72-GMS |
| ) | |
| DANIEL ARTHUR HILL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**AND NOW**, this _____ day of _____, 2018, it is hereby

**ORDERED** that the Government's Motion to Schedule Sentencing is **GRANTED** and sentencing shall be scheduled for July 18, 2018, at _____ AM/PM.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF DELAWARE