IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 16-72-GMS |
| | ) | |
| DANIEL ARTHUR HILL | ) | |

### JOINT MOTION TO CONTINUE SENTENCING HEARING

1. Mr. Hill's sentencing is currently scheduled for July 18, 2018.

2. The parties need more time to receive and review the evaluation of Mr. Hill, as well as make any additional submissions to the Court.

3. Counsel for both parties respectfully request that the sentencing hearing be continued until July 23, 2018.

Respectfully submitted,

DATED: July 3, 2018

/s/ *Akin Adepoju*
AKIN ADEPOJU, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Delaware
800 King Street, Suite 200
Wilmington, DE 19801
Phone: 302-573-6010
E-mail: Akin_Adepoju@fd.org