IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. Action No. 16-72-GMS |
| | ) | |
| DANIEL ARTHUR HILL, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION WITHDRAWING
REQUEST FOR RESTITUTION**

**COMES NOW** the United States of America, by and through David C. Weiss, United States Attorney for the District of Delaware, and Graham L. Robinson, Assistant United States Attorney for the District of Delaware, and withdraws its request for restitution in this case.

Respectfully,

DAVID C. WEISS
United States Attorney

By:  */s/ Graham L. Robinson*
Graham L. Robinson

Dated: August 1, 2018

**AND NOW**, this _____ day of _____, 2018, it is hereby **ORDERED** that the Government's Motion Withdrawing Request for Restitution is **GRANTED**.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF DELAWARE